NO.
12-11-00011-CR

            

IN THE COURT OF
APPEALS 

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

DIEGO
SCOTT,                                                 §                 APPEAL
FROM THE 

APPELLANT

 

V.                                                                         §                 COUNTY
COURT AT LAW

 

THE STATE OF TEXAS,

APPELLEE                                                        §                 ANDERSON
COUNTY, TEXAS

                                                        
                                         

MEMORANDUM OPINION

PER CURIAM

            Appellant
has filed a motion to dismiss this appeal.  The motion is signed by Appellant
and his counsel.  No decision has been delivered in this appeal.  Accordingly,
Appellant’s motion to dismiss is granted, and the appeal is dismissed. 
See Tex. R. App. P. 42.2(a).

            Opinion
delivered February 28, 2011.

            Panel consisted
of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

                                                            (DO
NOT PUBLISH)